IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Criminal No. 1:14-mj-00290 |
| v. | ) ) | |
| DAVID M. GAUER, | ) ) | |
| Defendant. | ) ) | |

## O R D E R

For the reasons stated from the bench, it is ORDERED that the conditions of probation are modified as follows:

1. Defendant shall serve five days in home confinement with timeouts for approved purposes.

2. Defendant may not operate a motor vehicle anywhere in the United States.

ENTERED this 17th day of June, 2014.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia